Commonwealth *v.* Walker, Appellant.

Submitted December 10, 1973. *Neil Leibman,* for appellant; *James T. Ranney* and *David Rich-*

*man,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.